# RABINOWITZ, LUBETKIN & TULLY, L.L.C.



ATTORNEYS AT LAW

| | | |
|---|---|---|
| JONATHAN I. RABINOWITZ* | 293 EISENHOWER PARKWAY • SUITE 100 | * MEMBER NJ & NY BARS |
| JAY L. LUBETKIN ∆ | LIVINGSTON, NEW JERSEY 07039 | ∆ MEMBER NJ & GA BARS |
| MARY ELLEN TULLY+ | TELEPHONE: (973) 597-9100 • FACSIMILE: (973) 597-9119 | + MEMBER NJ & PA BARS |
| BARRY J. ROY*□ | WWW.RLTLAWFIRM.COM | □ MEMBER MA BAR |
| LAURA E. QUINN* | | |

October 22, 2010

<u>Via ECF and E-mail chambers_of_rtl@njb.uscourts.gov</u>

Honorable Raymond T. Lyons
United States Bankruptcy Judge
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Skyworks Ventures Inc.**
               **Involuntary Chapter 7 Bankruptcy**
               **Case No. 10-24459 (RTL)**
               **Request to Redact Transcript**

Dear Judge Lyons:

      Pursuant to my telephone call to Your Honor's Chambers yesterday, it is my understanding that the transcript of the hearing held before Your Honor on September 22, 2010, will be blocked from the general public pending the outcome of Scarola Ellis LLP ("Scarola Ellis")'s application to redact the portion containing the terms of the settlement. In an abundance of caution, I have enclosed a proposed interim order directing that the transcript remain blocked pending the outcome of Scarola Ellis' application, should Your Honor determine that the entry of such an interim order is necessary to accomplish confidentiality on an interim basis.

                                                      Respectfully submitted,

                                                      RABINOWITZ, LUBETKIN & TULLY, L.L.C.

                                                      John J. Harmon

JJH:jc

     cc:    Joseph J. DiPasquale, Esq. (via e-mail)
               Gerald Balboni, Esq. (via e-mail)

F:\Client_Files\N-Z\Scarola Ellis\Skyworks Ventures\Letters\Judge Lyons - 10-22-10.doc