# RABINOWITZ, LUBETKIN & TULLY, L.L.C.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| JONATHAN I. RABINOWITZ* | 293 EISENHOWER PARKWAY • SUITE 100 | * MEMBER NJ & NY BARS |
| JAY L. LUBETKIN ∆ | LIVINGSTON, NEW JERSEY 07039 | ∆ MEMBER NJ & GA BARS |
| MARY ELLEN TULLY + | TELEPHONE: (973) 597-9100 • FACSIMILE: (973) 597-9119 | + MEMBER NJ & PA BARS |
| BARRY J. ROY* ▫ | WWW.RLTLAWFIRM.COM | ▫ MEMBER MA BAR |
| LAURA E. QUINN* | | |
| JOHN J. HARMON* | | |

November 10, 2010

<u>Via ECF and E-mail chambers_of_rtl@njb.uscourts.gov</u>

Honorable Raymond T. Lyons
United States Bankruptcy Judge
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **Skyworks Ventures Inc.**
     **Involuntary Chapter 7 Bankruptcy**
     **Case No. 10-24459 (RTL)**
     **Request to Redact Transcript**

Dear Judge Lyons:

  Pursuant to my telephone conversation with Diane Lipcsey of Your Honor's Chambers earlier today, it is my understanding that the motion to redact the transcript of the hearing held before Your Honor on September 22, 2010, currently scheduled for November 22, 2010, will be decided on the papers submitted to the Court. As previously noted in Jay Lubetkin, Esq.'s letter to Your Honor dated October 25, 2010, counsel for Skyworks Ventures has consented to the entry of the redaction order submitted to Your Honor on October 20, 2010.

            Respectfully submitted,

            RABINOWITZ, LUBETKIN & TULLY, L.L.C.

            John J. Harmon

JJH:jc

  cc: Joseph J. DiPasquale, Esq. (via e-mail)
     Gerald Balboni, Esq. (via e-mail)