Order Filed on
**11/24/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **RABINOWITZ, LUBETKIN & TULLY, L.L.C.**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jonathan I. Rabinowitz (JR 9356)<br>John J. Harmon (JH0128)<br>*Counsel for Scarola Ellis LLP* |

| | |
|---|---|
| In re:<br><br>SKYWORKS VENTURES, INC.,<br><br>      Debtor. | Case No. 10-24459 (RTL)<br><br>Chapter 7 |

### ORDER REDACTING THE PORTION OF THE TRANSCRIPT OF THE HEARING HELD SEPTEMBER 22, 2010, CONTAINING THE TERMS AND CONDITIONS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 11/24/2010**

/s/ Raymond T. Lyons
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Skyworks Ventures, Inc. |
| Case No. | 10-24459 (RTL) |
| Caption of Order: | Order Redacting the Portion of the Transcript of the Hearing Held September 22, 2010, Containing the Terms and Conditions of the Parties' Confidential Settlement Agreement |

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, L.L.C., attorneys for Scarola Ellis LLP ("Scarola Ellis"), by the filing of an application seeking the entry of an Order redacting the portion of the transcript of the hearing held September 22, 2010, containing the terms and conditions of the parties' confidential settlement agreement; and the Court having considered the application; and the Court having considered any opposition or responsive papers; and for good cause shown;

**IT IS ORDERED** that the portion of the transcript of the hearing held before this Court on September 22, 2010, beginning at page 38, line 23, and continuing until the end of the transcript, is hereby redacted; and it is further

**ORDERED** that the clerk of this Court shall take the necessary steps to ensure that no members of the public obtain any portions of the redacted information absent subsequent entry of a Court order on notice to Skyworks Ventures, Inc., and Scarola Ellis authorizing the disclosure.

F:\Client_Files\N-Z\Scarola Ellis\Joinder - Order.DOC

*Approved by Judge Raymond T. Lyons November 24, 2010*